# Earnings Statement

ADP®

| APOGEE MEDICAL GROUP GEORGIA | | |
|---|---|---|
| 15059 N SCOTTSDALE RD SUITE 600 | | |
| SCOTTSDALE, AZ 85254 | | |

| Period Beginning: | 08/24/2025 |
|---|---|
| Period Ending: | 09/06/2025 |
| Pay Date: | 09/12/2025 |

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    GA: 0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 807.50 |
| Er St Disabil | | | 52.00 | 884.00 |
| Mn Shftdif Fun | 329.0000 | 3.00 | 987.00 | 2,632.00 |
| Observation Ss | 1812.0000 | 7.00 | 12,684.00 | 25,368.00 |
| Phys Day Shift | 1812.0000 | 1.00 | 1,812.00 | 239,305.00 |
| Surge Fund | 1812.0000 | .08 | 144.96 | 3,606.76 |
| **Gross Pay** | | | **$15,727.46** | 272,603.26 |

Your federal taxable wages this period are
$14,164.66

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 953.19 |
| Er Life Ee | 1.75 | 26.57 |
| Er Vision | 11.33 | 192.61 |
| Max Elig/Comp | 15,627.96 | 270,911.76 |

**Important Notes**

BASIS OF PAY: DAILY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3,642.34 | 61,147.18 |
| | Medicare Tax | -228.05 | 3,952.75 |
| | Medicare Surtax | -141.55 | 653.43 |
| | GA State Income Tax | -711.19 | 12,591.59 |
| | Social Security Tax | | 10,918.20 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | -1,562.80* | 27,091.18 |
| | **Net Pay** | **$9,342.03** | |
| | Checking 1 | -3,736.81 | |
| | Checking 4 | -5,605.22 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

| APOGEE MEDICAL GROUP GEORGIA | | |
|---|---|---|
| 15059 N SCOTTSDALE RD SUITE 600 | | |
| SCOTTSDALE , AZ 85254 | | |

| Advice number: | 00000370036 |
|---|---|
| Pay date: | 09/12/2025 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **TABI TABE-EBOB** | xxxxxxx9444 | xxxx xxxx | $3,736.81 |
| | xxxxxx5456 | xxxx xxxx | $5,605.22 |

# NON-NEGOTIABLE

# Earnings  Statement

**ADP**®

ZJ9    000127   CARR02         0000390035      1

*APOGEE  MEDICAL  GROUP  GEORGIA*
*15059  N SCOTTSDALE   RD SUITE  600*
*SCOTTSDALE,    AZ  85254*

| | |
|---|---|
| Period Beginning: | 09/07/2025 |
| Period Ending: | 09/20/2025 |
| Pay Date: | 09/26/2025 |

Taxable  Marital  Status:    Single
Exemptions/Allowances:
   Federal:              1
   GA:                   0

**TABI  TABE-EBOB**
**5825  LARCH  LN**
**DOUGLASVILLE  GA  30135**

| Earnings | rate | days/hours | this  period | year  to  date |
|---|---|---|---|---|
| Er  Lt  Disabil | | | 47.50 | 855.00 |
| Er  St  Disabil | | | 52.00 | 936.00 |
| Phys  Day  Shift | 1812.0000 | 8.00 | 14,496.00 | 253,801.00 |
| Mn  Shftdif  Fun | | | | 2,632.00 |
| Observation  Ss | | | | 25,368.00 |
| Surge  Fund | | | | 3,606.76 |
| **Gross  Pay** | | | **$14,595.50** | 287,198.76 |

Your  federal  taxable  wages  this  period  are
$13,145.90

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Er  Dental | 56.07 | 1,009.26 |
| Er  Life  Ee | 1.75 | 28.32 |
| Er  Vision | 11.33 | 203.94 |
| Max  Elig/Comp | 14,496.00 | 285,407.76 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -3,285.77 | 64,432.95 |
| | Medicare  Tax | -211.63 | 4,164.38 |
| | Medicare  Surtax | -131.36 | 784.79 |
| | GA  State  Income  Tax | -658.32 | 13,249.91 |
| | Social  Security  Tax | | 10,918.20 |
| | **Other** | | |
| | Er  Lt  Disabil | -47.50 | |
| | Er  St  Disabil | -52.00 | |
| | 401K  Cu | -1,449.60* | 28,540.78 |
| | **Net  Pay** | | **$8,759.32** |
| | Checking  1 | -3,503.73 | |
| | Checking  4 | -5,255.59 | |
| | **Net  Check** | | **$0.00** |

## Important  Notes

BASIS  OF  PAY:  DAILY

**\* Excluded  from  federal  taxable  wages**

© 2000  ADP,  Inc.

APOGEE  MEDICAL  GROUP  GEORGIA
15059  N  SCOTTSDALE  RD  SUITE  600
SCOTTSDALE ,  AZ  85254

| | |
|---|---|
| **Advice  number:** | **00000390035** |
| Pay  date: | 09/26/2025 |

**Deposited  to  the  account  of**
**TABI  TABE-EBOB**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxx9444 | xxxx  xxxx | $3,503.73 |
| xxxxxx5456 | xxxx  xxxx | $5,255.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ZJ9 000127 CARR02 0000410039 1

# Earnings Statement

**ADP**®

| | | |
|---|---|---|
| *APOGEE MEDICAL GROUP GEORGIA* | Period Beginning: | 09/21/2025 |
| *15059 N SCOTTSDALE RD SUITE 600* | Period Ending: | 10/04/2025 |
| *SCOTTSDALE, AZ 85254* | Pay Date: | 10/10/2025 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   GA: 0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 902.50 |
| Er St Disabil | | | 52.00 | 988.00 |
| Phys Day Shift | 1812.0000 | 8.00 | 14,496.00 | 268,297.00 |
| Surge Fund | 1812.0000 | .08 | 144.96 | 3,751.72 |
| Mn Shftdif Fun | | | | 2,632.00 |
| Observation Ss | | | | 25,368.00 |
| **Gross Pay** | | | **$14,740.46** | 301,939.22 |

Your federal taxable wages this period are
$13,276.36

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 1,065.33 |
| Er Life Ee | 1.75 | 30.07 |
| Er Vision | 11.33 | 215.27 |
| Max Elig/Comp | 14,640.96 | 300,048.72 |

**Deductions** — Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -3,331.43 | 67,764.38 |
| Medicare Tax | -213.74 | 4,378.12 |
| Medicare Surtax | -132.66 | 917.45 |
| GA State Income Tax | -665.09 | 13,915.00 |
| Social Security Tax | | 10,918.20 |

**Other**

| | this period | year to date |
|---|---|---|
| Er Lt Disabil | -47.50 | |
| Er St Disabil | -52.00 | |
| 401K Cu | -1,464.10* | 30,004.88 |
| **Net Pay** | **$8,833.94** | |
| Checking 1 | -3,533.57 | |
| Checking 4 | -5,300.37 | |
| **Net Check** | **$0.00** | |

**Important Notes**

BASIS OF PAY: DAILY

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE, AZ 85254

| | |
|---|---|
| **Advice number:** | **00000410039** |
| Pay date: | 10/10/2025 |

THIS IS NOT A CHECK

**Deposited to the account of**
**TABI TABE-EBOB**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9444 | xxxx xxxx | $3,533.57 |
| xxxxxx5456 | xxxx xxxx | $5,300.37 |

**NON-NEGOTIABLE**

## Earnings Statement

**ADP**®

*APOGEE  MEDICAL  GROUP  GEORGIA*
*15059  N SCOTTSDALE   RD SUITE  600*
*SCOTTSDALE,    AZ 85254*

| | |
|---|---|
| Period Beginning: | 10/05/2025 |
| Period Ending: | 10/18/2025 |
| Pay Date: | 10/24/2025 |

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:    1
   GA:    0

**TABI  TABE-EBOB**
**5825  LARCH  LN**
**DOUGLASVILLE  GA  30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 950.00 |
| Er St Disabil | | | 52.00 | 1,040.00 |
| Phys Day Shift | 1881.0000 | 7.00 | 13,167.00 | 281,464.00 |
| Mn Shftdif Fun | | | | 2,632.00 |
| Observation Ss | | | | 25,368.00 |
| Surge Fund | | | | 3,751.72 |
| **Gross Pay** | | | **$13,266.50** | 315,205.72 |

Your federal taxable wages this period are
$12,271.38

**Other Benefits  and**

| Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 1,121.40 |
| Er Life Ee | 1.75 | 31.82 |
| Er Vision | 11.33 | 226.60 |
| Max Elig/Comp | 13,167.00 | 313,215.72 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2,979.69 | 70,744.07 |
| | Medicare Tax | -192.36 | 4,570.48 |
| | Medicare Surtax | -119.40 | 1,036.85 |
| | GA State Income Tax | -612.93 | 14,527.93 |
| | Social Security Tax | | 10,918.20 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | -995.12* | 31,000.00 |
| | **Net Pay** | **$8,267.50** | |
| | Checking 1 | -3,307.00 | |
| | Checking 4 | -4,960.50 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

BASIS OF PAY: DAILY

**\* Excluded  from  federal  taxable  wages**

© 2000  ADP,  Inc.

APOGEE  MEDICAL  GROUP GEORGIA
15059 N SCOTTSDALE  RD SUITE 600
SCOTTSDALE , AZ  85254

| | |
|---|---|
| **Advice number:** | **00000430033** |
| Pay date: | 10/24/2025 |

THIS IS NOT A CHECK

**Deposited  to the  account  of**
**TABI  TABE-EBOB**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxx9444 | xxxx  xxxx | $3,307.00 |
| xxxxxx5456 | xxxx  xxxx | $4,960.50 |

**NON-NEGOTIABLE**

ZJ9 000127 CARR02 0000450034 1

# Earnings Statement

**ADP**®

| | | |
|---|---|---|
| *APOGEE MEDICAL GROUP GEORGIA* | Period Beginning: | 10/19/2025 |
| *15059 N SCOTTSDALE RD SUITE 600* | Period Ending: | 11/01/2025 |
| *SCOTTSDALE, AZ 85254* | Pay Date: | 11/07/2025 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   GA: 0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 997.50 |
| Er St Disabil | | | 52.00 | 1,092.00 |
| Phys Day Shift | 1812.0000 | 7.00 | 12,684.00 | 294,148.00 |
| Surge Fund | 1812.0000 | .08 | 144.96 | 3,896.68 |
| Mn Shftdif Fun | | | | 2,632.00 |
| Observation Ss | | | | 25,368.00 |
| **Gross Pay** | | | **$12,928.46** | 328,134.18 |

Your federal taxable wages this period are
$12,928.46

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 1,177.47 |
| Er Life Ee | 1.75 | 33.57 |
| Er Vision | 11.33 | 237.93 |
| Max Elig/Comp | 12,828.96 | 326,044.68 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3,209.67 | 73,953.74 |
| | Medicare Tax | -187.47 | 4,757.95 |
| | Medicare Surtax | -116.36 | 1,153.21 |
| | GA State Income Tax | -647.03 | 15,174.96 |
| | Social Security Tax | | 10,918.20 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | | 31,000.00 |
| | **Net Pay** | **$8,668.43** | |
| | Checking 1 | -3,467.37 | |
| | Checking 4 | -5,201.06 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

BASIS OF PAY: DAILY

© 2000 ADP, Inc.

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE, AZ 85254

| Advice number: | 00000450034 |
|---|---|
| Pay date: | 11/07/2025 |

**Deposited to the account of**
**TABI TABE-EBOB**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx9444 | xxxx xxxx | $3,467.37 |
| xxxxx5456 | xxxx xxxx | $5,201.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ZJ9 000127 CARR02 CHR Fund 0000470035 1

# Earnings Statement

**ADP**

*APOGEE MEDICAL GROUP GEORGIA*
*15059 N SCOTTSDALE RD SUITE 600*
*SCOTTSDALE, AZ 85254*

| | |
|---|---|
| Period Beginning: | 11/02/2025 |
| Period Ending: | 11/15/2025 |
| Pay Date: | 11/21/2025 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  GA: 0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 1,045.00 |
| Er St Disabil | | | 52.00 | 1,144.00 |
| Phys Day Shift | 1812.0000 | 7.00 | 12,684.00 | 306,832.00 |
| Mn Shftdif Fun | | | | 2,632.00 |
| Observation Ss | | | | 25,368.00 |
| Surge Fund | | | | 3,896.68 |
| **Gross Pay** | | | **$12,783.50** | 340,917.68 |

Your federal taxable wages this period are
$12,783.50

**Other Benefits and**

| Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 1,233.54 |
| Er Life Ee | 1.75 | 35.32 |
| Er Vision | 11.33 | 249.26 |
| Max Elig/Comp | 12,684.00 | 338,728.68 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3,158.93 | 77,112.67 |
| | Medicare Tax | -185.36 | 4,943.31 |
| | Medicare Surtax | -115.05 | 1,268.26 |
| | GA State Income Tax | -639.51 | 15,814.47 |
| | Social Security Tax | | 10,918.20 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | | 31,000.00 |
| | **Net Pay** | **$8,585.15** | |
| | Checking 1 | -3,434.06 | |
| | Checking 4 | -5,151.09 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
BASIS OF PAY: DAILY

© 2000 ADP, Inc.

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE, AZ 85254

| | |
|---|---|
| **Advice number:** | **00000470035** |
| Pay date: | 11/21/2025 |

**Deposited to the account of**
**TABI TABE-EBOB**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx9444 | xxxx xxxx | $3,434.06 |
| | xxxxxx5456 | xxxx xxxx | $5,151.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ZJ9  000127  CARR02  CHR  0000490035  1

# Earnings Statement

**ADP**®

APOGEE  MEDICAL  GROUP  GEORGIA
15059  N SCOTTSDALE   RD SUITE  600
SCOTTSDALE,    AZ  85254

| | |
|---|---|
| Period Beginning: | 11/16/2025 |
| Period Ending: | 11/29/2025 |
| Pay Date: | 12/05/2025 |

Taxable  Marital  Status:    Single
Exemptions/Allowances:
  Federal:          1
  GA:               0

**TABI  TABE-EBOB**
**5825  LARCH  LN**
**DOUGLASVILLE  GA  30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 1,092.50 |
| Er St Disabil | | | 52.00 | 1,196.00 |
| Phys Day Shift | 1881.0000 | 7.00 | 13,167.00 | 319,999.00 |
| Retro Pay | | | 4,018.56 | 4,018.56 |
| Mn Shftdif Fun | | | | 2,632.00 |
| Observation Ss | | | | 25,368.00 |
| Surge Fund | | | | 3,896.68 |
| **Gross Pay** | | | **$17,285.06** | 358,202.74 |

Your federal taxable wages this period are
$17,285.06

**Other  Benefits  and**
| **Information** | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 1,289.61 |
| Er Life Ee | 1.75 | 37.07 |
| Er Vision | 11.33 | 260.59 |
| Max Elig/Comp | 17,185.56 | 355,914.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -4,734.48 | 81,847.15 |
| | Medicare Tax | -250.63 | 5,193.94 |
| | Medicare Surtax | -155.56 | 1,423.82 |
| | GA State Income Tax | -873.14 | 16,687.61 |
| | Social Security Tax | | 10,918.20 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | | 31,000.00 |
| | **Net Pay** | **$11,171.75** | |
| | Checking 1 | -4,468.70 | |
| | Checking 4 | -6,703.05 | |
| | **Net Check** | **$0.00** | |

**Important  Notes**

BASIS OF PAY: DAILY

YOUR  DAILY  RATE  HAS  BEEN  CHANGED  FROM  1,812.0000  TO
1,881.0000.

© 2000 ADP, Inc.

---

APOGEE  MEDICAL  GROUP  GEORGIA
15059  N SCOTTSDALE  RD SUITE  600
SCOTTSDALE , AZ  85254

| | |
|---|---|
| **Advice number:** | **00000490035** |
| Pay date: | 12/05/2025 |

THIS IS NOT A CHECK

**Deposited  to the account  of**
**TABI  TABE-EBOB**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9444 | xxxx  xxxx | $4,468.70 |
| xxxxxx5456 | xxxx  xxxx | $6,703.05 |

**NON-NEGOTIABLE**

ZJ9 000127 CARR02 0000510036 1

## Earnings Statement

**ADP**

*APOGEE MEDICAL GROUP GEORGIA*
*15059 N SCOTTSDALE RD SUITE 600*
*SCOTTSDALE, AZ 85254*

| | |
|---|---|
| Period Beginning: | 11/30/2025 |
| Period Ending: | 12/13/2025 |
| Pay Date: | 12/19/2025 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   GA: 0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 1,140.00 |
| Er St Disabil | | | 52.00 | 1,248.00 |
| Phys Day Shift | 1881.0000 | 7.00 | 13,167.00 | 333,166.00 |
| Surge Fund | 1881.0000 | .08 | 150.48 | 4,047.16 |
| Mn Shftdif Fun | | | | 2,632.00 |
| Observation Ss | | | | 25,368.00 |
| Retro Pay | | | | 4,018.56 |
| **Gross Pay** | | | **$13,416.98** | 371,619.72 |

Your federal taxable wages this period are
$13,416.98

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 1,345.68 |
| Er Life Ee | 1.75 | 38.82 |
| Er Vision | 11.33 | 271.92 |
| Max Elig/Comp | 13,317.48 | 369,231.72 |

**Deductions** **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -3,380.65 | 85,227.80 |
| Medicare Tax | -194.55 | 5,388.49 |
| Medicare Surtax | -120.76 | 1,544.58 |
| GA State Income Tax | -672.39 | 17,360.00 |
| Social Security Tax | | 10,918.20 |
| **Other** | | |
| Er Lt Disabil | -47.50 | |
| Er St Disabil | -52.00 | |
| 401K Cu | | 31,000.00 |
| **Net Pay** | **$8,949.13** | |
| Checking 1 | -3,579.65 | |
| Checking 4 | -5,369.48 | |
| **Net Check** | **$0.00** | |

**Important Notes**
BASIS OF PAY: DAILY

© 2000 ADP, Inc.

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE, AZ 85254

| | |
|---|---|
| **Advice number:** | **00000510036** |
| Pay date: | 12/19/2025 |

**Deposited to the account of**
**TABI TABE-EBOB**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx9444 | xxxx xxxx | $3,579.65 |
| xxxxx5456 | xxxx xxxx | $5,369.48 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ZJ9 000127 CARR02 0000010034 1

# Earnings Statement

**ADP®**

| | |
|---|---|
| APOGEE MEDICAL GROUP GEORGIA | Period Beginning: 12/14/2025 |
| 15059 N SCOTTSDALE RD SUITE 600 | Period Ending: 01/01/2026 |
| SCOTTSDALE, AZ 85254 | Pay Date: 01/02/2026 |

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 GA: 0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 47.50 |
| Er St Disabil | | | 52.00 | 52.00 |
| Phys Day Shift | 1881.0000 | 7.00 | 13,167.00 | 13,167.00 |
| **Gross Pay** | | | **$13,266.50** | 13,266.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2,822.41 | 2,822.41 |
| | Social Security Tax | -822.52 | 822.52 |
| | Medicare Tax | -192.36 | 192.36 |
| | GA State Income Tax | -596.24 | 596.24 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | -1,316.70* | 1,316.70 |
| | **Net Pay** | **$7,416.77** | |
| | Checking 1 | -2,966.71 | |
| | Checking 4 | -4,450.06 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 56.07 |
| Er Life Ee | 1.75 | 1.75 |
| Er Vision | 11.33 | 11.33 |
| Max Elig/Comp | 13,167.00 | 13,167.00 |

**Important Notes**

BASIS OF PAY: DAILY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$11,949.80

© 2000 ADP, Inc.

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE, AZ 85254

**Advice number:** **00000010034**
Pay date: 01/02/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **TABI TABE-EBOB** | xxxxxxx9444 | xxxx xxxx | $2,966.71 |
| | xxxxxx5456 | xxxx xxxx | $4,450.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**®

*APOGEE MEDICAL GROUP GEORGIA*

*15059 N SCOTTSDALE RD SUITE 600*

*SCOTTSDALE, AZ 85254*

| Period Beginning: | 01/02/2026 |
|---|---|
| Period Ending: | 01/10/2026 |
| Pay Date: | 01/16/2026 |

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:        1
    GA:             0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 95.00 |
| Er St Disabil | | | 52.00 | 104.00 |
| Flex Peak | 2210.0000 | 1.00 | 2,210.00 | |
| Phys Day Shift | 1881.0000 | 7.00 | 13,167.00 | 26,334.00 |
| **Gross Pay** | | | **$15,476.50** | 28,743.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 112.14 |
| Er Life Ee | 1.75 | 3.50 |
| Er Vision | 11.33 | 22.66 |
| Max Elig/Comp | 15,377.00 | 28,544.00 |

**Important Notes**

BASIS OF PAY: DAILY

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -4,056.75 | 6,879.16 |
| | Social Security Tax | -959.55 | 1,782.07 |
| | Medicare Tax | -224.41 | 416.77 |
| | GA State Income Tax | -779.28 | 1,375.52 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | | 1,316.70 |
| | **Net Pay** | **$9,357.01** | |
| | Checking 1 | -3,742.81 | |
| | Checking 4 | -5,614.20 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$15,476.50

© 2000 ADP, Inc.

---

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE , AZ 85254

| Advice number: | **00000030036** |
|---|---|
| Pay date: | 01/16/2026 |

THIS IS NOT A CHECK

Deposited to the account of

**TABI TABE-EBOB**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx9444 | xxxx xxxx | $3,742.81 |
| xxxxx5456 | xxxx xxxx | $5,614.20 |

**NON-NEGOTIABLE**

ZJ9   000127   CARR02   0000050034   1

# Earnings Statement

**ADP**

*APOGEE MEDICAL GROUP GEORGIA*
*15059 N SCOTTSDALE RD SUITE 600*
*SCOTTSDALE, AZ 85254*

| | |
|---|---|
| Period Beginning: | 01/11/2026 |
| Period Ending: | 01/24/2026 |
| Pay Date: | 01/30/2026 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  GA: 0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

## Earnings

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Phys Day Shift | 1881.0000 | 5.00 | 9,405.00 | 35,739.00 |
| Er Lt Disabil | | | | 95.00 |
| Er St Disabil | | | | 104.00 |
| **Gross Pay** | | | **$9,405.00** | 38,148.00 |

## Deductions

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -1,657.87 | 8,537.03 |
| | Social Security Tax | -583.11 | 2,365.18 |
| | Medicare Tax | -136.38 | 553.15 |
| | GA State Income Tax | -415.35 | 1,790.87 |
| | **Other** | | |
| | 401K Cu | -940.50* | 2,257.20 |
| | **Net Pay** | **$5,671.79** | |
| | Checking 1 | -2,268.72 | |
| | Checking 4 | -3,403.07 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 9,405.00 | 37,949.00 |
| Er Dental | | 112.14 |
| Er Life Ee | | 3.50 |
| Er Vision | | 22.66 |

**Important Notes**

BASIS OF PAY: DAILY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$8,464.50

© 2000 ADP, Inc.

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE , AZ 85254

| | |
|---|---|
| **Advice number:** | **00000050034** |
| Pay date: | 01/30/2026 |



**Deposited to the account of**
**TABI TABE-EBOB**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9444 | xxxx xxxx | $2,268.72 |
| xxxxxx5456 | xxxx xxxx | $3,403.07 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

ZJ9   000127  CARR02          0000070037    1

# Earnings Statement

**ADP®**

*APOGEE  MEDICAL  GROUP  GEORGIA*
*15059  N SCOTTSDALE   RD SUITE  600*
*SCOTTSDALE,    AZ  85254*

| | |
|---|---|
| Period Beginning: | 01/25/2026 |
| Period Ending: | 02/07/2026 |
| Pay Date: | 02/13/2026 |

Taxable  Marital  Status:     Single
Exemptions/Allowances:
   Federal:            1
   GA:                 0

**TABI  TABE-EBOB**
**5825  LARCH  LN**
**DOUGLASVILLE  GA  30135**

## Earnings

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 142.50 |
| Er St Disabil | | | 52.00 | 156.00 |
| Phys Day Shift | 1881.0000 | 7.00 | 13,167.00 | 48,906.00 |
| Surge Fund | 1881.0000 | .83 | 1,561.23 | 1,561.23 |
| **Gross Pay** | | | **$14,827.73** | 52,975.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3,314.19 | 11,851.22 |
| | Social Security Tax | -919.32 | 3,284.50 |
| | Medicare Tax | -215.00 | 768.15 |
| | GA State Income Tax | -669.17 | 2,460.04 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | -1,472.82* | 3,730.02 |
| | **Net Pay** | **$8,137.73** | |
| | Checking 1 | -3,255.09 | |
| | Checking 4 | -4,882.64 | |
| | **Net Check** | **$0.00** | |

| Other Benefits  and Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 168.21 |
| Er Life Ee | 1.75 | 5.25 |
| Er Vision | 11.33 | 33.99 |
| Max Elig/Comp | 14,728.23 | 52,677.23 |

**Important Notes**
BASIS OF PAY: DAILY

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$13,354.91

© 2000  ADP,  Inc.

APOGEE  MEDICAL  GROUP  GEORGIA
15059  N  SCOTTSDALE  RD  SUITE  600
SCOTTSDALE ,  AZ  85254

| | |
|---|---|
| **Advice number:** | **00000070037** |
| Pay  date: | 02/13/2026 |

Deposited   to  the  account  of

**TABI  TABE-EBOB**

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxxx9444 | xxxx  xxxx | $3,255.09 |
| | xxxxxx5456 | xxxx  xxxx | $4,882.64 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ZJ9 000127 CARR02 0000090037 1

# Earnings Statement

**ADP**®

*APOGEE MEDICAL GROUP GEORGIA*
*15059 N SCOTTSDALE RD SUITE 600*
*SCOTTSDALE, AZ 85254*

| | |
|---|---|
| Period Beginning: | 02/08/2026 |
| Period Ending: | 02/21/2026 |
| Pay Date: | 02/27/2026 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  GA: 0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 190.00 |
| Er St Disabil | | | 52.00 | 208.00 |
| Phys Day Shift | 1881.0000 | 7.00 | 13,167.00 | 62,073.00 |
| Surge Fund | | | | 1,561.23 |
| **Gross Pay** | | | **$13,266.50** | 66,242.23 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -2,822.41 | 14,673.63 |
| | Social Security Tax | -822.52 | 4,107.02 |
| | Medicare Tax | -192.36 | 960.51 |
| | GA State Income Tax | -596.24 | 3,056.28 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | -1,316.70* | 5,046.72 |
| | **Net Pay** | **$7,416.77** | |
| | Checking 1 | -2,966.71 | |
| | Checking 4 | -4,450.06 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 224.28 |
| Er Life Ee | 1.75 | 7.00 |
| Er Vision | 11.33 | 45.32 |
| Max Elig/Comp | 13,167.00 | 65,844.23 |

**Important Notes**

BASIS OF PAY: DAILY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$11,949.80

© 2000 ADP, Inc.

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE, AZ 85254

| | |
|---|---|
| **Advice number:** | **00000090037** |
| Pay date: | 02/27/2026 |

THIS IS NOT A CHECK

Deposited to the account of

**TABI TABE-EBOB**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9444 | xxxx xxxx | $2,966.71 |
| xxxxxx5456 | xxxx xxxx | $4,450.06 |

**NON-NEGOTIABLE**

ZJ9 000127 CARR02 0000110037 1

## Earnings Statement

**ADP**

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE, AZ 85254

| | |
|---|---|
| Period Beginning: | 02/22/2026 |
| Period Ending: | 03/07/2026 |
| Pay Date: | 03/13/2026 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
GA: 0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 237.50 |
| Er St Disabil | | | 52.00 | 260.00 |
| Phys Day Shift | 1881.0000 | 4.00 | 7,524.00 | 69,597.00 |
| Surge Fund | 1881.0000 | .42 | 790.02 | 2,351.25 |
| **Gross Pay** | | | **$8,413.52** | 74,655.75 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 280.35 |
| Er Life Ee | 1.75 | 8.75 |
| Er Vision | 11.33 | 56.65 |
| Max Elig/Comp | 8,314.02 | 74,158.25 |

**Important Notes**

BASIS OF PAY: DAILY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,426.10 | 16,099.73 |
| | Social Security Tax | -521.64 | 4,628.66 |
| | Medicare Tax | -122.00 | 1,082.51 |
| | GA State Income Tax | -369.56 | 3,425.84 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | -831.40* | 5,878.12 |
| | **Net Pay** | **$5,043.32** | |
| | Checking 1 | -2,017.33 | |
| | Checking 4 | -3,025.99 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$7,582.12

© 2000 ADP, Inc.

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE, AZ 85254

| | |
|---|---|
| **Advice number:** | **00000110037** |
| Pay date: | 03/13/2026 |

Deposited to the account of
**TABI TABE-EBOB**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9444 | xxxx xxxx | $2,017.33 |
| xxxxx5456 | xxxx xxxx | $3,025.99 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

ADP®

*APOGEE   MEDICAL   GROUP   GEORGIA*

*15059   N SCOTTSDALE    RD SUITE   600*

*SCOTTSDALE,    AZ   85254*

| | |
|---|---|
| Period Beginning: | 03/08/2026 |
| Period Ending: | 03/21/2026 |
| Pay Date: | 03/27/2026 |

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:           1
   GA:                0

**TABI  TABE-EBOB**
**5825  LARCH  LN**
**DOUGLASVILLE  GA  30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 285.00 |
| Er St Disabil | | | 52.00 | 312.00 |
| Phys Day Shift | 1881.0000 | 7.00 | 13,167.00 | 82,764.00 |
| Surge Fund | | | | 2,351.25 |
| **Gross Pay** | | | **$13,266.50** | 87,922.25 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 336.42 |
| Er Life Ee | 1.75 | 10.50 |
| Er Vision | 11.33 | 67.98 |
| Max Elig/Comp | 13,167.00 | 87,325.25 |

**Important Notes**

BASIS OF PAY: DAILY

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -2,822.41 | 18,922.14 |
| | Social Security Tax | -822.52 | 5,451.18 |
| | Medicare Tax | -192.36 | 1,274.87 |
| | GA State Income Tax | -596.24 | 4,022.08 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | -1,316.70* | 7,194.82 |
| | **Net Pay** | **$7,416.77** | |
| | Checking 1 | -2,966.71 | |
| | Checking 4 | -4,450.06 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$11,949.80

© 2000 ADP, Inc.

APOGEE  MEDICAL  GROUP  GEORGIA
15059 N SCOTTSDALE  RD SUITE 600
SCOTTSDALE , AZ 85254

| | |
|---|---|
| **Advice number:** | **00000130040** |
| Pay date: | 03/27/2026 |

Deposited  to the account  of

**TABI  TABE-EBOB**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx9444 | xxxx  xxxx | $2,966.71 |
| | xxxxxx5456 | xxxx  xxxx | $4,450.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ZJ9 000127 CARR02 0000150037 1

# Earnings Statement

**ADP**®

*APOGEE MEDICAL GROUP GEORGIA*
*15059 N SCOTTSDALE RD SUITE 600*
*SCOTTSDALE, AZ 85254*

| | | |
|---|---|---|
| Period Beginning: | 03/22/2026 |
| Period Ending: | 04/04/2026 |
| Pay Date: | 04/10/2026 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   GA: 0

**TABI TABE-EBOB**
**5825 LARCH LN**
**DOUGLASVILLE GA 30135**

| Earnings | rate | days/hours | this period | year to date |
|---|---|---|---|---|
| Er Lt Disabil | | | 47.50 | 332.50 |
| Er St Disabil | | | 52.00 | 364.00 |
| Phys Day Shift | 1881.0000 | 7.00 | 13,167.00 | 95,931.00 |
| Surge Fund | 1881.0000 | .33 | 620.73 | 2,971.98 |
| **Gross Pay** | | | **$13,887.23** | 101,809.48 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 56.07 | 392.49 |
| Er Life Ee | 1.75 | 12.25 |
| Er Vision | 11.33 | 79.31 |
| Max Elig/Comp | 13,787.73 | 101,112.98 |

**Important Notes**
BASIS OF PAY: DAILY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3,017.94 | 21,940.08 |
| | Social Security Tax | -861.01 | 6,312.19 |
| | Medicare Tax | -201.37 | 1,476.24 |
| | GA State Income Tax | -625.24 | 4,647.32 |
| | **Other** | | |
| | Er Lt Disabil | -47.50 | |
| | Er St Disabil | -52.00 | |
| | 401K Cu | -1,378.78* | 8,573.60 |
| | **Net Pay** | **$7,703.39** | |
| | Checking 1 | -3,081.36 | |
| | Checking 4 | -4,622.03 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$12,508.45

© 2000 ADP, Inc.

APOGEE MEDICAL GROUP GEORGIA
15059 N SCOTTSDALE RD SUITE 600
SCOTTSDALE, AZ 85254

| | |
|---|---|
| **Advice number:** | **00000150037** |
| Pay date: | 04/10/2026 |

THIS IS NOT A CHECK

**Deposited to the account of**
**TABI TABE-EBOB**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9444 | xxxx xxxx | $3,081.36 |
| xxxxxx5456 | xxxx xxxx | $4,622.03 |

**NON-NEGOTIABLE**